IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:05CR3016 |
| v. ) | |
| ) | |
| PHYLANDRIA D. WATFORD, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

   On the court's own motion,

   IT IS ORDERED,

   The clerk is directed to remove filing number 32 from the public docket sheet and file it as a sealed pleading.

   DATED this 27th day of July, 2005.

                                      BY THE COURT:

                                      s/ *David L. Piester*
                                      David L. Piester
                                      United States Magistrate Judge