IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
                Plaintiffs,       )
                                  )        4:05CR3016
            v.                    )
                                  )
PHYLANDRIA D. WATFORD,            )
                                  )              ORDER
                Defendant.        )
                                  )

_____

        Upon consideration of the defendant's motion for release
upon conditions, together with the information in the substance
abuse evaluation report and the pretrial services report, I
conclude that the recommendation for a psychological evaluation
is a good one.

        IT THEREFORE HEREBY IS ORDERED,

        The Pretrial Services Officer shall arrange a psychological
evaluation of the defendant, and further, shall investigate the
release proposal of the defendant and report to the court and
counsel.

        DATED this 29th day of July, 2005.

                            BY THE COURT:

                            s/ *David L. Piester*

                            David L. Piester
                            United States Magistrate Judge