IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:05CR3016 |
| v. ) | |
| ) | |
| PHYLANDRIA D. WATFORD, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

   Upon consideration of the defendant's motion for modification of conditions of release,

   IT IS ORDERED, The motion, filing 63, is granted on the condition that each visit with Brian Moore be approved by the staff/supervisors at the halfway house at which he is residing.

   DATED this 29th day of November, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge