```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:05CR3016 |
| v. | ) | |
| | ) | |
| PHYLANDRIA D. WATFORD, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

In accordance with the order of April 6, 2006, filing 98,

IT IS ORDERED,

This matter is set for trial at 9:00 a.m. on May 22, 2006, for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 10th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge